THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH G. ROBIN, Appellant, *v.* PATRICK HAYES, as Warden of the Penitentiary Prison at Blackwell's Island, New York, Respondent.

*People ex rel. Robin* v. *Hayes*, 163 App. Div. 725, appeal dismissed.

(Argued October 5, 1914; decided October 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 9, 1914, which affirmed two orders of Special Term, the first quashing a writ of habeas corpus and the second denying a motion for a renewal, rehearing and re-argument of the proceeding.

*Anthony J. Ernest* and *Robert D. Ireland* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for respondent.

Appeal dismissed, without costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.